UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No.  2:22-cr-00216 |
| | : | |
| JOHN DOE | : | <u>AFFIDAVIT IN SUPPORT OF</u> |
| | : | <u>MOTION TO SEAL/RENAME</u> |

I, Special Agent ████████, being duly sworn, depose and state:

1. I am a Special Agent with the United States Department of Homeland Security – Homeland Security Investigations ("HSI"). I am a member of the team of law enforcement agents working on the investigation that is described herein. I am currently assigned to HSI's fentanyl and opioid task force. Since joining HSI, I have participated in numerous narcotics trafficking investigations, during which I have conducted physical surveillance, executed search warrants, and interviewed cooperating witnesses and informants. I have been trained in various aspects of law enforcement and investigations, including the investigation of narcotics trafficking and money laundering. I am familiar with the manner and means in which narcotics are imported and distributed; the ways in which narcotics are prepared, packaged, and sold on the street; some of the methods of payment for narcotics; and some of the methods that are used to disguise the source and nature of the profits made by narcotics dealers. Investigations in which I have been involved have resulted in arrests and seizures of narcotics and narcotics proceeds.

2. In the course of my duties as a Special Agent with HSI, I have become familiar with the instant matter. In particular, the defendant John Doe ████████████████████, which could place in him danger if the case is not docketed as <u>U.S. v. John Doe</u> and the docket entries for ████████ ████████████████████████████████████████████████████ Additionally, the Government's ongoing investigation may be jeopardized if John Doe's ████████████████████████████████████████████████████ ████████████████

3. Since ████████████████████████, law enforcement has been investigating ████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████  ████████ ████████████████████████████████████████████████████ ████████████████████████████████

4. ████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████

5. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████.

6. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████.

7. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████.

8. ███████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████████████████████████████
████████████████████

      9.    ███████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████ if ████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████

      10.    ██████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████    █████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████ Accordingly, law enforcement is concerned that if ██████████████████████████████████████, John Doe's and his family's safety could be at risk. ██████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

  11. ████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

_____
████████████
Special Agent
HSI